UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO: 24-05343 (ESL) |
|---|---|
| **JOSE MIGUEL PEREZ JIMENEZ** | CHAPTER 13 |
| Debtor (s) | |

## MOTION TO SUBMIT AN AMENDED SCHEDULE J

TO THE HONORABLE COURT:

COME NOW, Debtors **JOSE MIGUEL PEREZ JIMINEZ**, through the undersigned attorney, and to this Honorable Court respectfully state, allege and pray as follows:

1. The present notice is filed to inform that Debtors amended the following schedule:

    a. The debtor is submitting an amended Schedule J to update the current monthly expenses.

WHEREFORE, the debtor prays that the documents stand amended pursuant to Rule 1009 (a).

**CERTIFICATE OF SERVICE:** I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all participants using the CM/ECF System and I hereby certify that I have mailed by first class mail, United States Postal Service the documents to the following non CM/ECF participants as per the mailing list on file.

In Sabana Grande, Puerto Rico this 19th day of February, 2025.

/S/ *Peter Anthony Santiago Gonzalez*
**PETER A SANTIAGO GONZALEZ, ESQ**
**USDC-PR 304201**
**Attorney for debtor**
P.O. Box 1414
Sabana Grande, Puerto Rico 00637
Tels: (787) 396-9029
Email: quiebrapr@gmail.com

Fill in this information to identify your case:

Debtor 1 __JOSE MIGUEL PEREZ JIMENEZ__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __DISTRICT OF PUERTO RICO, PONCE DIVISION__

Case number __3:24-bk-5343__
(If known)

Check if this is:

☒ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J
## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**
   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**  ☒ No
   Do not list Debtor 1 and Debtor 2.   ☐ Yes.  Fill out this information for each dependent..............
   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☒ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ **560.00**

   **If not included in line 4:**

   4a. Real estate taxes    4a. $ **0.00**
   4b. Property, homeowner's, or renter's insurance    4b. $ **0.00**
   4c. Home maintenance, repair, and upkeep expenses    4c. $ **0.00**
   4d. Homeowner's association or condominium dues    4d. $ **0.00**

5. **Additional mortgage payments for your residence,** such as home equity loans    5. $ **0.00**

6. **Utilities:**
   6a. Electricity, heat, natural gas    6a. $ **60.00**
   6b. Water, sewer, garbage collection    6b. $ **40.00**
   6c. Telephone, cell phone, Internet, satellite, and cable services    6c. $ **60.00**

Official Form 106J                 Schedule J: Your Expenses                 page 1

| Debtor 1 | JOSE MIGUEL PEREZ JIMENEZ | Case number (if known) | 3:24-bk-5343 |

6d.  Other. Specify: _____ 6d. $ 0.00
7. **Food and housekeeping supplies** 7. $ 300.00
8. **Childcare and children's education costs** 8. $ 0.00
9. **Clothing, laundry, and dry cleaning** 9. $ 13.00
10. **Personal care products and services** 10. $ 20.00
11. **Medical and dental expenses** 11. $ 0.00
12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments. 12. $ 124.43
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** 13. $ 0.00
14. **Charitable contributions and religious donations** 14. $ 0.00
15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a. Life insurance 15a. $ 0.00
    15b. Health insurance 15b. $ 0.00
    15c. Vehicle insurance 15c. $ 0.00
    15d. Other insurance. Specify: _____ 15d. $ 0.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____ 16. $ 0.00
17. **Installment or lease payments:**
    17a. Car payments for Vehicle 1 17a. $ 0.00
    17b. Car payments for Vehicle 2 17b. $ 0.00
    17c. Other. Specify: _____ 17c. $ 0.00
    17d. Other. Specify: _____ 17d. $ 0.00
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** 18. $ 0.00
19. **Other payments you make to support others who do not live with you.** $ 0.00
    Specify: _____ 19.
20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**
    20a. Mortgages on other property 20a. $ 0.00
    20b. Real estate taxes 20b. $ 0.00
    20c. Property, homeowner's, or renter's insurance 20c. $ 0.00
    20d. Maintenance, repair, and upkeep expenses 20d. $ 0.00
    20e. Homeowner's association or condominium dues 20e. $ 0.00
21. **Other:** Specify: _____ 21. +$ 0.00

22. **Calculate your monthly expenses**
    22a. Add lines 4 through 21. $ 1,177.43
    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 $
    22c. Add line 22a and 22b. The result is your monthly expenses. $ 1,177.43

23. **Calculate your monthly net income.**
    23a. Copy line 12 *(your combined monthly income)* from Schedule I. 23a. $ 1,932.43
    23b. Copy your monthly expenses from line 22c above. 23b. -$ 1,177.43

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income*. 23c. $ 755.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    ☒ No.
    ☐ Yes.  | Explain here: |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **JOSE MIGUEL PEREZ JIMENEZ** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, PONCE DIVISION |
| Case number (if known) | 3:24-bk-5343 |

☒ Check if this is an amended filing

# Official Form 106Dec
# Declaration About an Individual Debtor's Schedules     12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ JOSE MIGUEL PEREZ JIMENEZ**          X _____
**JOSE MIGUEL PEREZ JIMENEZ**                   Signature of Debtor 2
Signature of Debtor 1

Date **February 19, 2025**                              Date

Official Form 106Dec    **Declaration About an Individual Debtor's Schedules**